UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62290-RAR

**JALINE FENWICK**, *individually and
on behalf of all others similarly situated,*

    Plaintiff,

v.

**ORTHOPEDIC SPECIALTY INSTITUTE, PLLC**,

    Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 56], filed on February 25, 2020.  Being fully advised, it is

**ORDERED** that the above-styled case is **DISMISSED** *without prejudice*.  The Clerk is directed to **CLOSE** the case.  Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of February, 2020.

_____
**RODOLFO RUIZ
UNITED STATES DISTRICT JUDGE**